IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| RHONDA JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NUMBER: |
| vs. | ) | 1:22-cv-00207-LAG |
| | ) | JURY DEMAND |
| | ) | |
| SUMTER COUNTY, GEORGIA, | ) | |
| | ) | |
| Defendant. | ) | |

## SUGGESTION OF DEATH

**COMES NOW** Plaintiff's counsel and, pursuant to Federal Rules of Civil

Procedure 25, serves notice to this Honorable Court of the death of Plaintiff Rhonda

Jackson. Rhonda Jackson died on June 5, 2024 (see attached death certificate), while

Defendant's Motion for Summary Judgment is still pending.

Respectfully submitted,

/s/ *Gregory O. Wiggins*
Gregory O. Wiggins
Wiggins Childs Pantazis Fisher
    & Goldfarb, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0543
gwiggins@wigginschilds.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I do hereby certify that I have filed today, June 20, 2024, by using the Court's CM/ECF system, the above and foregoing with copies being served on:

Raleigh W. Rollins
H. Thomas Shaw
Alexander & Vann, LLP
411 Gordon Avenue
Thomasville, GA 31792

/s/ *Gregory O. Wiggins*
OF COUNSEL

# GEORGIA DEATH CERTIFICATE

State File Number    2024GA000039144

| 1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last) | | 1a. IF FEMALE, ENTER LAST NAME AT BIRTH | | | 2. SEX | 2a. DATE OF DEATH (Mo., Day, Year) |
|---|---|---|---|---|---|---|
| RHONDA TRENEICE JACKSON | | MERRITT | | | FEMALE | ACTUAL DATE OF DEATH 06/05/2024 |

| 3. SOCIAL SECURITY NUMBER | 4a. AGE (Years) | 4b. UNDER 1 YEAR | | 4c. UNDER 1 DAY | | 5. DATE OF BIRTH (Mo., Day, Year) |
|---|---|---|---|---|---|---|
| | 61 | Mos. | Days | Hours | Mins. | |

| 6. BIRTHPLACE | 7a. RESIDENCE - STATE | 7b. COUNTY | 7c. CITY, TOWN |
|---|---|---|---|
| FLORIDA | GEORGIA | SUMTER | AMERICUS |

| 7d. STREET AND NUMBER | 7e. ZIP CODE | 7f. INSIDE CITY LIMITS? | 8. ARMED FORCES? |
|---|---|---|---|
| | 31719 | YES | NO |

| 8a. USUAL OCCUPATION | 8b. KIND OF INDUSTRY OR BUSINESS |
|---|---|
| ADMINISTRATIVE ASSISTANT | OFFICE |

| 9. MARITAL STATUS | 10. SPOUSE NAME | 11. FATHER'S FULL NAME (First, Middle, Last) |
|---|---|---|
| MARRIED | WILLIAM P. JACKSON | EDWARD BUSTER MERRITT |

| 12. MOTHER'S MAIDEN NAME (First, Middle, Last) | 13a. INFORMANT'S NAME (First, Middle, Last) | 13b. RELATIONSHIP TO DECEDENT |
|---|---|---|
| ROSE ANN CLARK | WILLIAM P. JACKSON | HUSBAND |

| 13c. MAILING ADDRESS | 14. DECEDENT'S EDUCATION |
|---|---|
| | MASTER'S DEGREE |

| 15. ORIGIN OF DECEDENT (Spanish/Hispanic/Latino) | 16. DECEDENT'S RACE (White, Black, American Indian, etc.) (Specify) |
|---|---|
| NO, NOT SPANISH/HISPANIC/LATINO | BLACK OR AFRICAN-AMERICAN |

| 17a. IF DEATH OCCURRED IN HOSPITAL | 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL (Specify) |
|---|---|
| INPATIENT | |

| 18. HOSPITAL OR OTHER INSTITUTION NAME (If not in either give street and no.) | 19. CITY, TOWN or LOCATION OF DEATH | 20. COUNTY OF DEATH |
|---|---|---|
| PHOEBE PUTNEY MEMORIAL HOSPITAL | ALBANY | DOUGHERTY |

| 21. METHOD OF DISPOSITION (specify) | 22. PLACE OF DISPOSITION | 23. DISPOSITION DATE (Mo., Day, Year) |
|---|---|---|
| BURIAL | ANDERSONVILLE NATIONAL CEMETERY 496 CEMETERY ROAD ANDERSONVILLE GEORGIA 31711 | 07/14/2024 |

| 24a. EMBALMER'S NAME | 24b. EMBALMER LICENSE NO. | 25. FUNERAL HOME NAME |
|---|---|---|
| VICTOR ROMERO MEADOWS | 4559 | OGLETHORPE FUNERAL CHAPEL INC |

| 25a. FUNERAL HOME ADDRESS |
|---|
| 607 KAIGLER ST OGLETHORPE GEORGIA 31068 |

| 26a. SIGNATURE OF FUNERAL DIRECTOR | 26b. FUN. DIR. LICENSE NO | AMENDMENTS |
|---|---|---|
| ANVENITRA COLBERT | 5402 | |

| 27. DATE PRONOUNCED DEAD (Mo., Day, Year) | 28. HOUR PRONOUNCED DEAD |
|---|---|
| 06/05/2024 | 03:55 AM |

| 29a. PRONOUNCER'S NAME | 29b. LICENSE NUMBER | 29c. DATE SIGNED |
|---|---|---|
| JENNIFER SPARGO | 264717 | 06/05/2024 |

| 30. TIME OF DEATH | 31. WAS CASE REFERRED TO MEDICAL EXAMINER |
|---|---|
| 03:55 AM | UNKNOWN |

32. Part I. Enter the chain of events-diseases, injuries, or complications that directly caused the death, DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | | Approximate interval between onset and death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | A. ACUTE SEPTICEMIC SHOCK WITH PNEUMONIA | ACUTE |
| | Due to, or as a consequence of | |
| | B. BRAIN MASS | CHRONIC |
| | Due to, or as a consequence of | |
| | C. CHRONIC ATRIAL FIBRILATION | CHRONIC |
| | Due to, or as a consequence of | |
| | D. CHRONIC CONGESTIVE HEART FAILURE | CHRONIC |

| Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A, If female, indicate if pregnant or birth occurred within 90 days of death. HYPERTENSION, GASTROINTESTINAL BLEED, CHRONIC KIDNEY DISEASE, HYPOTHYROIDISM, OBSTRUCTIVE SLEEP APNEA, CHRONIC OBSTRUCTIVE PULMONARY DISEASE | 33. WAS AUTOPSY PERFORMED? UNKNOWN | 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? |
|---|---|---|

| 35. TOBACCO USE CONTRIBUTED TO DEATH | 36 IF FEMALE (range 10-54) PREGNANT | 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED (Specify) |
|---|---|---|
| UNKNOWN | NOT PREGNANT WITHIN THE PAST YEAR | NATURAL |

| 38. DATE OF INJURY (Mo., Day, Year) | 39. TIME OF INJURY | 40. PLACE OF INJURY (Home, Farm, Street, Factory, Office, Etc.) (Specify) | 41. INJURY AT WORK? (Yes or No) |
|---|---|---|---|
| | | | |

| 42. LOCATION OF INJURY (Street, Apartment Number, City or Town, State, Zip, County) |
|---|
| |

| 43. DESCRIBE HOW INJURY OCCURRED | 44. IF TRANSPORTATION INJURY |
|---|---|
| | |

| 45. To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated. Medical Certifier (Name, Title, License No.) | 46. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. Medical Examiner/Coroner (Name, Title, License No.) |
|---|---|
| AEDAN MCDONOUGH, MD, B5980 | |

| 45a. DATE SIGNED (Mo., Day, Year) | 45b. HOUR OF DEATH | 46a. DATE SIGNED (Mo., Day, Year) | 46b. HOUR OF DEATH |
|---|---|---|---|
| 06/10/2024 | 03:55 AM | | |

| 47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH |
|---|
| AEDAN MCDONOUGH 417 W 3RD AVENUE ALBANY GEORGIA 31701 |

| 48. REGISTRAR (Signature) | /S/ CYNTHIA M. BUSKEY | 49. DATE FILED - REGISTRAR (Mo., Day, Year) 06/10/2024 |
|---|---|---|

Form 3903 (Rev. 04/2012). GEORGIA DEPARTMENT OF PUBLIC HEALTH

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE STATE OFFICE OR VITAL RECORDS. GEORGIA DEPARTMENT OF PUBLIC HEALTH. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA AND 511-1-4 DPH RULES AND REGULATIONS.

STATE REGISTRAR AND CUSTODIAN
GEORGIA STATE OFFICE OF VITAL RECORDS

COUNTY CUSTODIAN
ISSUED BY
DATE ISSUED



In Loving Memory

Rhonda Treniece JACKSON

NOVEMBER 5, 1962 | JUNE 5, 2024

Friday, June 14, 2024
12:00 PM

OGLETHORPE FUNERAL CHAPEL
607 Kaigler St.
Oglethorpe, Georgia 31068